JOHN GASTON et al., as Executors of WILLIAM A. GASTON, Deceased, Appellants, *v.* CITY OF NEW YORK, Respondent, Impleaded with Another.

Argued March 17, 1938; decided April 13, 1938.

474

*Joseph H. Choate, Jr., John J. Curtin, Wesley S. Sawyer* and *Winfield S. Palmer* for appellants.

*William C. Chanler, Corporation Counsel* (*Oren Clive Herwitz* and *Paxton Blair* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.